ASD THREE RIVERS MA SOLAR, LLC vs. THE PLANNING BOARD OF THE TOWN OF WILBRAHAM, MISC 19-000089

































 
 ASD THREE RIVERS MA SOLAR, LLC, Plaintiff, v. THE PLANNING BOARD OF THE TOWN OF WILBRAHAM, and JEFFREY A. SMITH, TRACEY PLANTIER, JOHN McCLOSKEY, JAMES E. MOORE, JR., JAMES ROONEY, and GORDON ALLEN, as they are the Members and Associate Members of the Planning Board of the Town of Wilbraham, Defendants
 MISC 19-000089 
 APRIL 5, 2021
HAMPDEN, ss.
RUBIN, J.
JUDGMENT














 This action was filed on February 19, 2019 pursuant to G. L. c. 40A, § 17 and G.L. c. 40A, § 3. This matter came on to be heard by the court (Rubin, J.) which resulted in trial, commencing on September 24, 2020 and concluding on September 30, 2020. In a decision of even date with this judgment the court made findings of fact and rulings of law. 





 The court finds that each of the Planning Board's reasons for denial of ASD Three Rivers' special permit application are wholly unsubstantiated and do not support denial of the special permit. The court further finds that the denial unreasonably regulates the installation of solar energy facilities in contravention of G.L. c. 40A, § 3. 





In accordance with the court's decision, it is hereby





ORDERED and ADJUDGED that Decision by the Town of Wilbraham Planning Board denying the special permit application of ASD Three Rivers MA Solar, LLC must be ANNULLED; and 





ORDERED that the special permit be issued forthwith by the Town of Wilbraham Planning Board to ASD Three Rivers MA Solar, LLC. 






 
 Home/Search 
 Land Cases by Docket Number
 Land Cases by Date 
 Land Cases by Name
 


 Commonwealth of Massachusetts. Trial Court Law Libraries. Questions about legal information? Contact Reference Librarians.